IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICHARD A. WILLIAMS,** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 5:06-cv-239 (CAR) |
| v. : | |
| : | |
| **TYDUS MEADOWS, et al.,** : | |
| : | |
| Defendants. : | |

*ORDER ON THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] to dismiss the above-styled case for Plaintiff's failure to exhaust his administrative remedies as required by the Prison Litigation Reform Act. Plaintiff has filed no objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation [Docs. 22] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**; Defendants' Motion to Dismiss [Doc. 13], and Jacqueline F. Bunn's Motion to Withdraw as Attorney [Doc. 21] are hereby **GRANTED**.

**SO ORDERED**, this 15th day of May, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH